IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-20989

---

In re: MITCHELL BERG,

Debtor,

--------------------

MITCHELL BERG,

Appellant,

versus

RONALD J. SOMMERS, Trustee;
PRUDENTIAL SECURITIES, INC.,

Appellees.

---

Appeal from the United States District Court
For the Southern District of Texas
USDC No. H-99-CV-4247

---

January 13, 2003

Before HIGGINBOTHAM and DAVIS, Circuit Judges, and HUDSPETH[*], District Judge.

PER CURIAM:[**]

We affirm for essentially the reasons stated by the trial court.

---

[*] District Judge of the Western District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.